# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CARLOS MORGADO,

    Plaintiff,

v.                                                          CASE NO.  4:16cv94-RH/GRJ

STATE OF FLORIDA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4 and the objections, ECF No. 5.  I have reviewed de novo the issues raised by the objections.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)."  The clerk must close the file.

    SO ORDERED on March 22, 2016.

                                                s/Robert L. Hinkle
                                                United States District Judge